UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES ARTHUR SMITH, JR., ) | |
| ) | |
| Petitioner, ) | 2:05-cv-1556 JWS |
| ) | |
| vs. ) | ORDER FROM CHAMBERS |
| ) | |
| DORA SCHRIRO, ) | [Re:   Report and Recommendation] |
| ) | |
| Respondent. ) | |
| ) | |

## I.  MATTER PRESENTED

At docket 1, petitioner filed a petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.  At docket 9, respondent filed an answer to the petition.  At docket 10, petitioner filed a reply in support of his petition.  Magistrate Judge Edward C. Voss filed a report and recommendation at docket 12.  At docket 13, petitioner filed objections to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo*

---

[1] 28 U.S.C. § 636(b)(1).

conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation under the standard articulated above, the court **ACCEPTS** it.  The petition is **DENIED** and **DISMISSED with prejudice**.


DATED at Anchorage, Alaska, this 28th day of August, 2006.


                                        /s/
                              JOHN W. SEDWICK
                         UNITED STATES DISTRICT JUDGE

---

[2]*Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.,* 77 F.3d 1170, 1174 (9th Cir. 1996).

[3]28 U.S.C. § 636(b)(1).

[4]*Taberer v. Armstrong World Indus., Inc.,* 954 F.2d 888, 906 (3d Cir. 1992).